# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN POULLARD

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2023 CW 0423

**JULY 28, 2023**

---

In Re:    John Poullard, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          24546.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

  **WRIT DENIED.**

                              **GH**
                              **WRC**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT